THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KIVA UNITED ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLASHPOINT ENERGY PARTNERS, LLC and BRANNON MORSE, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER <br><br> Case No. 2:24-cv-00250-TC-DBP <br><br> District Judge Tena Campbell <br><br> Magistrate Judge Dustin B. Pead |

Plaintiff Kiva United Energy, Inc. moves the court for an additional seven hours of deposition time for Defendant Brannon Morse.[1] As set forth below the court will deny the motion.

**ANALYSIS**

As set forth in prior orders, this case arises from allegations that Defendant Brannon Morse misappropriated Kiva's trade secrets. Morse became Kiva's national sales director and then left. Kiva alleges that Defendant Flashpoint Energy Partners recruited Morse who then used the information gained at Kiva to unlawfully compete. Kiva seeks an additional seven hours of deposition time for Morse.

The Federal Rules do allow for additional deposition time when needed. Rule 30(d)(1) provides the "court must allow additional time consistent with Rule 26(b)(1) and (2) if needed to fairly examine the deponent or if the deponent, another person, or any other circumstance impedes or delays the examination." [2] The Advisory Committee Notes to Rule 30 provide the

---

[1] ECF No. 152. This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A). ECF No. 32.

[2] Fed. R. Civ. P. 30(d)(1).

court "might consider a variety of factors" in determining whether additional deposition time is warranted. For example, the Advisory Committee Notes point to certain situations that may warrant addition deposition time – if a witness needs an interpreter, if the examination covers events occurring over a long-time frame, or if a witness is questioned about numerous or lengthy documents.

Kiva took Morse's deposition for seven hours but claims it could not be finished "given the number of Kiva customers at issue and [Morse's] volume of interactions with them."[3] Kiva claims the complex issues require further examination. As an example, Kiva points to EnviroPro. EnviroPro became a railcar propane supply partner of Flashpoint helping it in the California market after Morse introduced EnviroPro to Flashpoint. Kiva seeks to ask Morse additional questions about EnviroPro. Plaintiff relies on Federal Rule 30 as set forth above and this court's decision in *Payan v. United Parcel Serv*[4] arguing additional deposition time is warranted in this case.

In *Payan* this court granted a defendant's request for additional deposition time. Noting the fact-dependent nature of such requests, the court found good cause for the additional time based on the four-year period covered by the plaintiff's allegations, the large quantity of documents produced by the plaintiff including personal notes, and that the plaintiff was the 'best, if not only, source of information regarding his notes."[5]

The circumstances here do not match those in *Payan* or justify additional deposition time. There is no long-time frame and contrary to Plaintiff's position, the court is not persuaded the issues here are so complex that they require further examination. Rather, Kiva pursued certain

---

[3] Motion at 3.

[4] No. 2:14-CV-00400-CW-DBP, 2015 WL 3397943 (D. Utah May 26, 2015).

[5] *Id.* at *2.

lines of questioning, and the court fails to find facts justifying an additional seven hours of

examination. Finally, nothing before the court indicates that Morse's deposition was impeded or

delayed.

## ORDER

For the reasons set forth above, Plaintiff's Motion for additional deposition time is

DENIED.

DATED this 13 July 2026.

_____
Dustin B. Pead
United States Magistrate Judge

3